# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.   07-cv-00083-REB-MJW

HEAT WAVES HOT OIL SERVICE, LLC., a Colorado Limited Liability Comapny,

    Plaintiff,

v.

THE RURAL HEALTH PLANS INITIATIVE ADMINISTRATION COMPANY, a Colorado company, and RURAL HEALTH PLANS INITIATIVE STOP LOSS REINSURANCE LTD., a British West Indies Corporation,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion for Remand and Memorandum of Law in Support Thereof** [#10], filed January 29, 2007.  Said motion and brief are **STRICKEN** for failure to comply with D.C.COLO.LCivR 10.1.E.  The parties are reminded of this court's page limitation in REB Civ. Practice Standard V.B.1

Dated:  January 30, 2007

------------------------------------------------------------------------------------------------------------------

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.