IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00083-REB-MJW

HEAT WAVES HOT OIL SERVICE LLC,

Plaintiff(s),

v.

THE RURAL HEALTH PLANS INITIATIVE ADMINISTRATION CO, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Stay Proceedings (Docket No. 30) is granted.  The proceedings in this case are stayed up to and including August 21, 2007.  A Status Conference remains set on August 21, 2007, at 8:00 a.m.  Plaintiff's counsel shall arrange the conference call to opposing counsel and then to the court at (303) 844-2403 on that date and time.

Date:  July 27, 2007