**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.   07-cv-00083-REB-MJW

HEAT WAVES HOT OIL SERVICE, LLC., a Colorado Limited Liability Company,

    Plaintiff,

v.

THE RURAL HEALTH PLANS INITIATIVE ADMINISTRATION COMPANY, a Colorado company, and
RURAL HEALTH PLANS INITIATIVE STOP LOSS REINSURANCE LTD., a British West Indies Corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion for Dismissal With Prejudice** [#36], filed August 24, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal With Prejudice** [#36], filed August 24, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for April 11, 2008, is **VACATED**;

3. That the jury trial set to commence April 28, 2008, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 27, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**